1  MARC E. MAYER (SBN 190969)
      mem@msk.com
2  MATTHEW S. BEASLEY (SBN 288070)
      msb@msk.com
3  MITCHELL SILBERBERG & KNUPP LLP
   11377 West Olympic Boulevard
4  Los Angeles, California 90064-1683
   Telephone:  (310) 312-2000
5  Facsimile:   (310) 312-3100

6  Attorneys for Plaintiff
   Riot Games, Inc.
7

8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10

11 | RIOT GAMES, INC., a Delaware corporation, | CASE NO. 2:17-cv-4986 |
|---|---|
| Plaintiff, | **CERTIFICATION AS TO INTERESTED PARTIES** |
| v. | [Local Rule 7.1-1; Fed. R. Civ. Pro. 7.1] |
| SHANGHAI MOONTON TECHNOLOGY CO., LTD., and DOES 1-10, inclusive, | |
| Defendants. | |

Pursuant to Local Rule 7.1-1 and Federal Rule of Civil Procedure 7.1, the undersigned, counsel of record for Riot Games, Inc. ("Riot"), certifies that the following listed parties may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

1. Tencent Holdings Ltd. is Riot's parent corporation.
2. No other publicly held corporation owns 10% or more interest in Riot's stock.

Dated: July 6, 2017

MARC E. MAYER
MATTHEW S. BEASLEY
MITCHELL SILBERBERG & KNUPP LLP

By: /s/Marc E. Mayer
    Marc E. Mayer
    Attorneys for Plaintiff
    Riot Games, Inc.