AO 120 (Rev. 08/10)

| TO: | **Mail Stop 8**<br>**Director of the U.S. Patent and Trademark Office**<br>**P.O. Box 1450**<br>**Alexandria, VA 22313-1450** | **REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK** |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court ___Central District of California___ on the following

☒ Trademarks or    ☐ Patents.    ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO.<br>2:17-cv-4986 | DATE FILED<br>July 6, 2017 | U.S. DISTRICT COURT<br>United States District Court, Central District of California<br>312 N. Spring Street<br>Los Angeles, CA 90012 |
|---|---|---|
| **PLAINTIFF**<br><br>RIOT GAMES, INC., a Delaware corporation | | **DEFENDANT**<br><br>SHANGHAI MOONTON TECHNOLOGY CO., LTD., and Does 1-10, inclusive, |

| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1  3756125 | March 2, 2010 | Riot Games, Inc. |
| 2  3815808 | July 6, 2010 | Riot Games, Inc. |
| 3  4576134 | July 29, 2014 | Riot Games, Inc. |
| 4  4576135 | July 29, 2014 | Riot Games, Inc. |
| 5  4614039 | September 30, 2014 | Riot Games, Inc. |
| 6  4164849 | June 26, 2012 | Riot Games, Inc. |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment    ☐ Answer    ☐ Cross Bill    ☐ Other Pleading | |
|---|---|---|
| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| 1 | | |
| 2 | | |
| 3 | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
|  |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
|  |  |  |

**Copy 1**—Upon initiation of action, mail this copy to Director    **Copy 3**—Upon termination of action, mail this copy to Director
**Copy 2**—Upon filing document adding patent(s), mail this copy to Director    **Copy 4**—Case file copy