KEKER, VAN NEST & PETERS LLP
AJAY S. KRISHNAN - # 222476
akrishnan@keker.com
MICHAEL S. KWUN - # 198945
mkwun@keker.com
KHARI J. TILLERY - # 215669
ktillery@keker.com
EDUARDO E. SANTACANA - # 281668
esantacana@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:  415 391 5400
Facsimile:   415 397 7188

Attorneys for Defendant SHANGHAI MOONTON TECHNOLOGY CO., LTD.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION – LOS ANGELES

| | |
|---|---|
| RIOT GAMES, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>SHANGHAI MOONTON TECHNOLOGY CO., LTD., and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 2:17-cv-4986 MWF (SS$_X$)<br><br>**DEFENDANT SHANGHAI MOONTON TECHNOLOGY CO., LTD.'S APPLICATION FOR LEAVE TO FILE UNDER SEAL**<br><br>Judge:    Hon. Michael W. Fitzgerald<br><br>Date Filed: July 6, 2017<br><br>Trial Date:  Not Assigned |

DEFENDANT SHANGHAI MOONTON TECHNOLOGY CO., LTD.'S APPLICATION FOR LEAVE TO FILE UNDER SEAL
Case No. 2:17-cv-4986 MWF (SS$_X$)

1200583.01

Pursuant to C.D. Cal. Civ. L.R. 79-5.2.2(a), Defendant Shanghai Moonton Technology Co., Ltd. ("Moonton"), hereby applies for an order allowing it to file under seal certain information in connection with its motion for a dismissal or stay pursuant to the doctrine of *forum non conveniens*. Specifically, Moonton seeks an order permitting the under seal filing of certain limited portions of its memorandum of points in authorities in support of its motion, as well as an order permitting the under seal filing of certain limited portions of the Declaration of Yanhui Mao (the "Mao Declaration") in support of its motion. As detailed in the Declaration of Ajay S. Krishnan in support of Moonton's application to seal (the "Krishnan Declaration"), filed concurrently herewith, Moonton seeks to seal certain internal financial and business information that has not been publicly disclosed. This is information that could be used by Moonton's competitors and place Moonton at a competitive disadvantage were the information to be disclosed publicly.

In connection with this Application, Moonton has publicly filed a version of its memorandum of points and authorities with limited redactions of the specific internal financial and business information sought to be sealed. Moonton has also publicly filed a version of the Mao Declaration with limited redactions of the specific internal financial and business information sought to be sealed. The complete, unredacted versions of the memorandum of points and authorities and the Mao Declaration are filed under seal concurrently herewith as an attachment to the Krishnan Declaration.

Dated: October 27, 2017.   KEKER, VAN NEST & PETERS LLP

By: /s/ *Ajay S. Krishnan*
AJAY S. KRISHNAN
MICHAEL S. KWUN
KHARI J. TILLERY
EDUARDO E. SANTACANA

Attorneys for Defendant SHANGHAI MOONTON TECHNOLOGY CO., LTD.

1
DEFENDANT SHANGHAI MOONTON TECHNOLOGY CO., LTD.'S APPLICATION FOR LEAVE TO FILE UNDER SEAL
Case No. 2:17-cv-4986 MWF (SS$_X$)

1200583.01