1  KEKER, VAN NEST & PETERS LLP
   AJAY S. KRISHNAN - # 222476
2  akrishnan@keker.com
   MICHAEL S. KWUN - # 198945
3  mkwun@keker.com
   KHARI J. TILLERY - # 215669
4  ktillery@keker.com
   EDUARDO E. SANTACANA - # 281668
5  esantacana@keker.com
   633 Battery Street
6  San Francisco, CA 94111-1809
   Telephone: 415 391 5400
7  Facsimile: 415 397 7188

8  Attorneys for Defendant SHANGHAI MOONTON
   TECHNOLOGY CO., LTD

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RIOT GAMES, INC., a Delaware corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>SHANGHAI MOONTON TECHNOLOGY CO., LTD., and DOES 1-10, inclusive,<br><br>    Defendants. | Case No. 2:17-cv-4986 MWF (SS$_X$)<br><br>**DECLARATION OF YANHUI MAO IN SUPPORT OF DEFENDANT MOONTON'S MOTION FOR A DISMISSAL OR STAY PURSUANT TO THE DOCTRINE OF FORUM NON CONVENIENS**<br><br>Date: December 4, 2017<br>Time: 10:00 a.m.<br>Dept.: 5A<br>Judge: Hon. Michael W. Fitzgerald<br><br>Date Filed: July 6, 2017<br><br>Trial Date: Not Assigned |

# REDACTED VERSION OF DOCUMENT
# PROPOSED TO BE FILED UNDER SEAL

---

DECLARATION OF YANHUI MAO ISO DEFENDANT'S MOTION TO DISMISS PURSUANT TO THE
DOCTRINE OF FORUM NON CONVENIENS, OR, IN THE ALTERNATIVE, TO STAY
Case No. 2:17-cv-4986 MWF (SS$_X$)

1200256.03

I, Yanhui Mao, declare as follows:

1. I am the Operations Director of Shanghai Moonton Technology Company, Ltd. (hereafter "Moonton"), the defendant in the above-entitled action. I also use the name Lucas Mao, pursuant to the Chinese business convention of using an English name that is easier for non-Chinese speakers.

2. I have knowledge of the facts set forth herein and, if called to testify as a witness thereto, could do so competently under oath.

**About Moonton**

3. Moonton is a small video game company based entirely in China. Moonton has approximately 215 employees (including employees of Moonton's subsidiaries), all of whom are based in Shanghai, Beijing, and Hefei, China. The language of our company is Mandarin Chinese. Employees speak to each other in Mandarin. Documents and emails are written in Mandarin. While all Moonton employees know some English words, very few speak conversational or business English. For instance, only one or two of our software programmers or art designers speak English well enough to communicate with our U.S. lawyers without translation. All of Moonton's engineering operations occur in China. Likewise, all of Moonton's records and routine business documents are maintained at Moonton's offices in China. Moonton does not have any facilities, employees, subsidiaries, or any business presence in the United States.

4. Moonton produces games in the genre of Multiplayer Online Battle Arena ("MOBA"). Below is an example of a typical MOBA map, as well as a screenshot from the mini-map of the original "Defense of the Ancients" MOBA game, which is widely known as "DotA." The standard features present in these maps have been part of the MOBA genre since at least 2002.

1
DECLARATION OF YANHUI MAO ISO DEFENDANT'S MOTION TO DISMISS PURSUANT TO THE DOCTRINE OF FORUM NON CONVENIENS, OR, IN THE ALTERNATIVE, TO STAY
Case No. 2:17-cv-4986 MWF (SS$_X$)

1200256.03




**"Typical" MOBA map from Wikipedia**  **Mini-map from DotA (2002)**

5. Based on my knowledge of the industry, I know that over forty MOBA games are commercially available and new MOBA games are released all the time. Shenzhen Tencent Computer System Co. Ltd. ("Tencent"), Riot Games, Inc. ("Riot"), and Moonton all have MOBA games. Tencent's game, *King's Glory*, is a game for mobile devices. Riot's game, *League of Legends*, is a PC-based game; it cannot be played on mobile devices.

6. Moonton's MOBA games have changed over the last two years. First, Moonton released *Mobile Legends: 5v5* ("*5v5*") on July 11, 2016. It was released only on the Brazilian Google Play store. On August 19, 2016, Moonton changed the name of *5v5* to *Mobile Legends:eSports MOBA* ("*eSports*").

7. Moonton had a co-developer, Shanghai Mulong Network and Technology Co., Ltd. ("Mulong") (another Chinese company), for the *Mobile Legends* games. Mulong and Moonton are separate entities. The two companies have different employees along with separate finance and staffing departments. However, Moonton owns 20% of Mulong and the game designers work in the same building. Moonton has no control over Mulong's employees. Moonton has no authority to instruct Mulong employees to travel outside of China or to provide testimony for a court case. Prior to September 2016, Mulong had the primary

2
DECLARATION OF YANHUI MAO ISO DEFENDANT'S MOTION TO DISMISS PURSUANT TO THE DOCTRINE OF FORUM NON CONVENIENS, OR, IN THE ALTERNATIVE, TO STAY
Case No. 2:17-cv-4986 MWF (SS$_X$)

1200256.03

1  responsibility for art development, software programming, and game design of the
2  *Mobile Legends* games.

3      8.   On August 24, 2016, Google took down *eSports*. Google initially told
4  Moonton that the reason for the take down was copyright infringement in
5  Moonton's promotional art. After Moonton pressed the issue with Google, Google
6  responded: "your app contains modified logo of *League of Legends* and other
7  copyrighted content." Google did not provide us with Riot's letter of complaint.
8  After this, Moonton and Mulong made many changes to the game, including to the
9  logo, and re-posted *eSports* on September 9, 2016. Per Google's instructions,
10 Moonton did not change the name of the game prior to re-posting. From the time
11 that Moonton reposted *eSports* until the time that Riot filed this lawsuit (July 2017),
12 Moonton was not aware of any further complaint about trademark or copyright
13 infringement from Riot relating to any *Mobile Legends* game. However, on July
14 10, 2017, during a negotiation with Tencent regarding its claim that *Mobile*
15 *Legends: Bang Bang* infringed Tencent's copyright in *King's Glory*, Tencent told
16 our CEO (who later told me) that Riot had sued Moonton in the U.S.

17     9.   On October 11, 2016, Moonton released *Mobile Legends: Bang Bang*
18 ("*Bang Bang*"). On October 31, 2016, Moonton began distributing *Bang Bang* in
19 the United States on Google Play U.S. and launched *Bang Bang* on the U.S. Apple
20 Store on November 9, 2016. *Bang Bang* is currently available for download on the
21 Apple Store. Approximately ▬ of *Bang Bang* downloads have occurred in the
22 United States, and revenue from the United States accounts for approximately ▬
23 of *Bang Bang's* total revenue.

24     10.  Combined, Moonton and Mulong have spent millions of dollars and
25 thousands of hours engineering and developing the art for the *Mobile Legends*
26 games. All of Mulong's employees who were involved in the design and
27 development of *Bang Bang* are located in China.

28

3
DECLARATION OF YANHUI MAO ISO DEFENDANT'S MOTION TO DISMISS PURSUANT TO THE
DOCTRINE OF FORUM NON CONVENIENS, OR, IN THE ALTERNATIVE, TO STAY
Case No. 2:17-cv-4986 MWF (SS$_X$)

11. Moonton also developed a non-MOBA game called *Magic Rush*. In that game, a player controls a band of heroes as they advance through various settings, such as castles, caves, and fields, to defeat an evil invading force. This is different from a MOBA game in several ways.[1] *Magic Rush* had many maps (MOBA games have a single map), *Magic Rush* players control many characters (MOBA players control only a single character), and in *Magic Rush* many of the character movements, attacks, and defensive maneuvers are controlled by a computer (in contrast to player control in MOBA games).

12. Moonton produced *Magic Rush*, but Beijing Elex Technology Co., Ltd. ("Elex"), a Chinese company, along with Elex's subsidiary, 337 Technology Limited, distributed *Magic Rush* throughout the world. Moonton learned from Elex that in March 2016, Riot complained that 14 out of 57 characters in *Magic Rush* infringed on its *League of Legends* copyright. Riot and Elex negotiated changes to the game, which Moonton implemented. By November 2016, Elex informed Moonton that Riot requested no further changes and that Riot had closed its complaint with the Apple Store. To the best of my knowledge, all of the Elex's employees who worked with Moonton relating to *Magic Rush* are located in China. I am not aware of any Elex employees in the U.S.

13. For *Magic Rush*, from the time the game was released until the time in November 2016 when we understood that Riot had no further claim of infringement as to *Magic Rush*, approximately ▇ of downloads occurred in the United States, and revenue from the United States accounted for approximately ▇ of *Magic Rush's* total revenue.

**Tencent's and Riot's Lawsuits Relating to *5v5* and *Bang Bang***

---

[1] Videos of Magic Rush from 2015 include: https://www.youtube.com/watch?v=Ur-DYHEK2ao and https://www.youtube.com/watch?v=rY4tOyiJ05w; videos of *League of Legends* include: https://www.youtube.com/watch?v=94SvYFwy7Ck and https://www.youtube.com/watch?v=hRB9Z5QbzG0.

14.     In October 2016, Tencent contacted Moonton, claiming that *Bang Bang* infringed Tencent's copyright in *King's Glory*.  Discussions between Moonton and Tencent continued for at least two months.

15.     In March of 2017, Tencent filed a lawsuit against Moonton in China's Shenzhen Intermediate People's Court, alleging that *Bang Bang* infringes on Tencent's *King's Glory* game.  Moonton received an official copy of that complaint.  A true and correct copy of Tencent's Chinese Complaint, which has been translated into English,[2] is attached as **Exhibit A** to this declaration.

16.     In addition to its lawsuit against Moonton, Tencent also requested that Apple take down *Bang Bang* from the Apple App Store.  Tencent's complaint was that *Bang Bang* infringed Tencent's copyright related to *King's Glory*.  There was a significant amount of correspondence between Tencent, Moonton, and Apple related to Tencent's take-down request.  On July 19, 2017, Tencent sent Apple an email, which attached a document in which Tencent identified particular elements that it claims were infringed by *Bang Bang*.  The attachment actually contains Korean language text in it; we are not sure why.  A true and correct copy of Tencent's July 19, 2017 email to Apple is attached as **Exhibit I** to this declaration, and a true and correct copy of the attachment, which has been translated into English, is attached as **Exhibit J**.

17.     In July of 2017, Moonton sued Tencent in the Shanghai Xuhui District People's Court in China, asserting that Tencent's improper and baseless complaints to the Apple Store violated China's Unfair Competition Law.  A true and correct copy of Moonton's Chinese Complaint against Tencent, which has been translated into English, is attached as **Exhibit B** to this declaration.  Furthermore, Tencent has

---

[2] There are several documents attached to this declaration where the original document is in Chinese, but where an English translation is attached.  I was not responsible for translating the document into English (I understand this was performed by translators hired by our U.S. attorneys and these translators certified the translations).  I have not verified that these translations are correct.

5
DECLARATION OF YANHUI MAO ISO DEFENDANT'S MOTION TO DISMISS PURSUANT TO THE DOCTRINE OF FORUM NON CONVENIENS, OR, IN THE ALTERNATIVE, TO STAY
Case No. 2:17-cv-4986 MWF (SS$_X$)

1200256.03

sued Moonton's founder, Xu Zhen Hua, for an alleged violation of a non-compete agreement.

18. I have learned from performing Internet searches in China, including of news reports and press releases from Tencent, that Tencent has sued many companies in China for infringement of *League of Legends* copyrights, on behalf of Riot. On October 16, 2017, I accessed the Internet webpage with the URL of http://tech.qq.com/a/20160324/046183.htm. That website contained a press release saying there had been 11 lawsuits in China that Tencent has filed to stop copyright and trademark violations of *League of Legends*. A true and correct copy of that press release, which has been translated into English, is attached as **Exhibit C** to this declaration.

19. On October 16, 2017, I accessed the Internet webpage with the URL of http://games.ifeng.com/a/20160525/41613467_0.shtml. That website contained a news article saying that Tencent had filed 11 lawsuits on Riot's behalf, with Riot's authorization, in China. A true and correct copy of that news article, which has been translated into English, is attached as **Exhibit D** to this declaration.

20. On October 16, 2017, I accessed the Internet webpages of four other press releases regarding Tencent's lawsuits against other Chinese companies, in which Tencent asserted Riot's copyright interests in *League of Legends*. The URLs for those websites are http://games.qq.com/a/20160421/049157.htm (KongZhong), http://news.17173.com/content/2016-05-27/20160527174502588.shtml (Chufeng), and http://games.qq.com/a/20160302/058919.htm (ZQGame). True and correct copies of those press releases, which have been translated into English, are attached as **Exhibits E, F, and G** to this declaration.

21. Based on my knowledge of the industry, most or all of Tencent's employees involved with creating its MOBA game, *King's Glory*, are located in Shenzen, China or Chengdu, China. Moreover, on October 16, 2017, I accessed the Internet webpage with the URL of http://e.chengdu.cn/html/2017-

6
DECLARATION OF YANHUI MAO ISO DEFENDANT'S MOTION TO DISMISS PURSUANT TO THE DOCTRINE OF FORUM NON CONVENIENS, OR, IN THE ALTERNATIVE, TO STAY
Case No. 2:17-cv-4986 MWF (SS$_X$)
1200256.03

06/30/content_599405.htm. That website contained a news article describing an interview with Tencent executives who created and currently operate its mobile game, *King's Glory*. In the interview, those executives describe how Tencent's offices dedicated to *King's Glory* are located in Chengdu, China, and also describe how Chengdu was the birthplace of *King's Glory*. A true and correct copy of that news article, which has been translated into English, is attached as **Exhibit H** to this declaration.

22.  In addition, on October 16, 2017, I visited the recruitment section of Tencent's website, which is accessible at the following URL: http://hr.tencent.com/position.php?lid=&tid=&keywords=%E7%8E%8B%E8%80%85%E8%8D%A3%E8%80%80&start=0#a. On that website, all of Tencent's job listings relating to the *King's Glory* game (which currently includes 54 listings) are in either Shenzen, China or Chengdu, China.

23.  There are two former Moonton employees who have unique knowledge about the issues raised by Riot's Complaint. Zhang Guanqun co-founded Moonton and is knowledgeable about its relationship with Elex. Specifically, Guanqun oversaw the entire distribution negotiation with Elex regarding *Magic Rush* and is the most knowledgeable person regarding the relationship between *Magic Rush* and Elex. No current Moonton employee possesses information regarding the agreement with Elex other than what is in the actual agreement. Guanqun is located in ShenZhen, China and currently has few contacts with Moonton.

24.  Lv Junwei is a former Moonton engineer who was in charge of *Mobile Legends* server operations prior to August 2017. Before he left Moonton, Junwei operated most of Moonton's game version updates and is the most knowledgeable person regarding that operation. No current Moonton employee possesses the knowledge Junwei does regarding the operational history and relationship between Moonton's servers and its *Mobile Legends* games. Junwei is also located in China.

7
DECLARATION OF YANHUI MAO ISO DEFENDANT'S MOTION TO DISMISS PURSUANT TO THE DOCTRINE OF FORUM NON CONVENIENS, OR, IN THE ALTERNATIVE, TO STAY
Case No. 2:17-cv-4986 MWF (SS$_X$)

1200256.03

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was executed on October 27, 2017 in Shanghai, China.

*Yanhui Mao* 毛艳辉
Yanhui Mao

8
DECLARATION OF YANHUI MAO ISO DEFENDANT'S MOTION TO DISMISS PURSUANT TO THE DOCTRINE OF FORUM NON CONVENIENS, OR, IN THE ALTERNATIVE, TO STAY
Case No. 2:17-cv-4986 MWF (SSx)

1200256.03