UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES—GENERAL

| | |
|---|---|
| Case No.   CV-17-4986-MWF (SSx) | Date:  October 30, 2017 |
| Title:   Riot Games, Inc. v. Shanghai Moonton Technology Co., Ltd. | |

Present:    The Honorable MICHAEL W. FITZGERALD, U.S. District Judge

| Deputy Clerk: | Court Reporter: |
|---|---|
| Rita Sanchez | Not Reported |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| None Present | None Present |

**Proceedings (In Chambers):**   ORDER GRANTING DEFENDANT'S APPLICATION FOR LEAVE TO FILE UNDER SEAL [20]

Before the Court is Defendant's Application for Leave to File under Seal. (Docket No. 20).  Defendant requests permission to file under seal a memorandum of law in support of its motion to dismiss or stay the action pursuant to the doctrine of *forum non conveniens* and a corresponding employee declaration.  Plaintiff has not opposed the Application.

"In this circuit, we start with a strong presumption in favor of access to court records.  The common law right of access, however, is not absolute and can be overridden given sufficiently compelling reasons for doing so.  *Foltz v. State Farm Mut. Auto. Ins. Co.*, 331 F.3d 1122, 1135 (9th Cir. 2003) (citations omitted) (discussing factors relevant to "compelling reasons" standard).

Defendant seeks to redact from its memorandum of law and its employee's declaration non-public information concerning the percentage of worldwide video game downloads that occurred in the United States and the percentage of its total revenue that is derived from the United States.  Defendant is concerned that disclosure of such information could be exploited by its competitors to Defendant's disadvantage.  Defendant has demonstrated good cause for filing these materials under seal.  *See* Fed. R. Civ. P. 26(c); *Nixon v. Warner Commc'ns, Inc.*, 435 U.S. 589, 598 (1978) (stating that "sources of business information that might harm a litigant's competitive

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES—GENERAL

**Case No.** CV-17-4986-MWF (SSx)          **Date:** October 30, 2017

Title:     Riot Games, Inc. v. Shanghai Moonton Technology Co., Ltd.

standing" properly may be sealed); *Phillips ex rel. Estates of Byrd v. General Motors Corp.*, 307 F.3d 1206, 1211 (9th Cir. 2002) ("The law . . . gives district courts broad latitude to grant protective orders to prevent disclosure of materials for many types of information, including, but not limited to, trade secrets or other confidential research, development, or commercial information.").

Accordingly, Defendant's Application is **GRANTED.** Defendant may file its memorandum of law in support of its *forum non conveniens* motion and the declaration of Yanhui Mao under seal and with the designated redactions.

IT IS SO ORDERED.